IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TRENTEN MCAULIFF,<br><br>                Defendant. | 8:20CB2<br><br><br>ORDER |

This matter came before the court on the 29th day of July, 2020. The government filed a motion to dismiss (Filing No. 32). This case which involves, Violation Notice NE14-9183243, is dismissed.

DATED this 30th day of July, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge